# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JANICE M. HOWLAND**, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>**FIRST AMERICAN TITLE INSURANCE COMPANY**,<br><br>   Defendant. | No. 07 C 2628<br><br><br>Hon. Ronald A. Guzman |

## JOINT MOTION TO ENTER JUDGMENT PURSUANT TO RULE 68 ACCEPTED OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant First American Title Insurance Company and Plaintiff Janice M. Howland hereby notify the Court that on March 2, 2001, Plaintiff accepted Defendant's March 1, 2011 Offer of Judgment on Plaintiff's individual claims in her Second Amended Complaint. The Offer of Judgment, Acceptance, and proof of service are attached as Exhibit 1. Pursuant to Rule 68, the parties respectfully request that the Court enter judgment accordingly.

| | |
|---|---|
| Dated: March 4, 2011 | Respectfully submitted, |
| /s/ Stephen M. Tillery | /s/ Matthew A. Kairis |
| Myron M. Cherry<br>Jacie Zolna<br>MYRON M. CHERRY & ASSOCIATES, LLC<br>30 North LaSalle Street, Suite 2300<br>Chicago, Illinois 60602<br>Phone: (312) 372-2100<br>Facsimile: (312) 853-0279<br>mcherry@cherry-law.com<br>jzolna@cherry-law.com<br><br>George A. Zelcs<br>John A. Libra<br>KOREIN TILLERY, LLC<br>205 North Michigan Plaza<br>Suite 1950<br>Chicago, Illinois 60601<br>Phone: (312) 641-9760<br>Facsimile: (312) 641-9751<br>gzelcs@koreintillery.com<br>jlibra@koreintillery.com<br><br>Stephen M. Tillery<br>KOREIN TILLERY, LLC<br>10 Executive Woods Court<br>Belleville, Illinois 62226-2030<br>Phone: (618) 277-1180<br>Facsimile: (314) 241-3525<br>stillery@koreintillery.com<br><br>Attorneys for Plaintiff<br>Janice Howland | Brian J. Murray<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601-1692<br>Telephone:   (312) 782-3939<br>Facsimile:   (312) 782-8585<br>bjmurray@jonesday.com<br><br>Matthew A. Kairis<br>Douglas M. Mansfield<br>Erik J. Clark<br>JONES DAY<br>325 John H. McConnell Blvd.<br>Suite 600<br>Columbus, OH 43215-2673<br>Telephone:   (614) 469-3939<br>Facsimile:   (614) 461-4198<br>makairis@jonesday.com<br>dmansfield@jonesday.com<br>ejclark@jonesday.com<br><br>Attorneys for Defendant<br>First American Title Insurance Company |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **JANICE M. HOWLAND**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**FIRST AMERICAN TITLE INSURANCE COMPANY**,<br><br>Defendant. | No. 07 C 2628<br><br>Hon. Ronald A. Guzman |

## ORDER

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Janice M. Howland on March 2, 2011, accepted Defendant First American Title Insurance Company's Offer of Judgment on Plaintiff's individual claims in this matter. Accordingly, it is hereby ORDERED, ADJUDGED AND DECREED that the Clerk shall enter judgment in this matter in favor of Plaintiff Janice M. Howland in the amount of SEVENTY-FIVE THOUSAND DOLLARS ($75,000), such sum encompassing all relief for Plaintiff's individual claims requested in the Second Amended Complaint, including, but not limited to, treble and actual monetary damages, equitable relief, costs, and attorney's fees incurred in connection with Plaintiff's individual claims.

SO ORDERED,

_____
Judge Ronald A. Guzman

# CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 4th day of March, 2011, I served the foregoing Joint Motion To Enter Judgment Pursuant To Rule 68 Accepted Offer Of Judgment on the following via the Court's electronic filing system:

George A. Zelcs
John A. Libra
Korein Tillery
205 N. Michigan Plaza
Suite 1950
Chicago, IL 60601
(312) 641-9750
Email: gzelcs@koreintillery.com
      jlibra@koreintiller.com

Counsel for Plaintiff

Stephen M. Tillery
Korein Tillery LLC
10 Executive Woods Court
Belleville, Illinois 62226-2030
Email: stillery@koreintiller.com

Counsel for Plaintiff

Myron M. Cherry
Jacie C. Zolna
Myron M. Cherry & Associates
30 North LaSalle Street
Suite 2300
Chicago, IL 60602
(312) 372-2100
Email: mcherry@cherry-law.com
      jzolna@cherry-law.com

Counsel for Plaintiff

 

/s/ Matthew A. Kairis
Matthew A. Kairis