## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JANICE M. HOWLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>Defendant. | No. 07 C 2628<br><br><br>Hon. Ronald A. Guzman |

## ORDER

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Janice M. Howland

on March 2, 2011, accepted Defendant First American Title Insurance Company's Offer of

Judgment on Plaintiff's individual claims in this matter.  Accordingly, it is hereby ORDERED,

ADJUDGED AND DECREED that the Clerk shall enter judgment in this matter in favor of

Plaintiff Janice M. Howland in the amount of SEVENTY-FIVE THOUSAND DOLLARS

($75,000), such sum encompassing all relief for Plaintiff's individual claims requested in the

Second Amended Complaint, including, but not limited to, treble and actual monetary damages,

equitable relief, costs, and attorney's fees incurred in connection with Plaintiff's individual

claims.

SO ORDERED, 3/9/11

_____
Judge Ronald A. Guzman